IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FIRST INTERSTATE BANCSYSTEM, INC., FIRST INTERSTATE BANK, WHITSELL INVESTMENTS, LLC, individually and as assignee of First Interstate Bank; and WHITSELL MANUFACTURING, INC., individually and as assignee of First Interstate Bank,<br><br>                Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY OF AMERICA, THE CHARTER OAK FIRE INSURANCE COMPANY, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>                Defendants. | CV 22-112-BLG-SPW-KLD<br><br><br>ORDER |

      Plaintiffs Whitsell Investments, LLC and Whitsell Manufacturing, Inc. move for the admission of Gabriel J. Le Chevallier to practice before this Court in this case with Randall G. Nelson to act as local counsel. Mr. Le Chevallier's application appears to be in order. Accordingly,

      IT IS HEREBY ORDERED that Whitsell Investments, LLC and Whitsell

Manufacturing, Inc.'s motion to admit Gabriel J. Le Chevallier pro hac vice is GRANTED on the condition that Mr. Le Chevallier shall do his own work. This means that Mr. Le Chevallier must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's office. Mr. Le Chevallier may move for the admission pro hac vice of one (1) associate of his firm. Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Le Chevallier.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Le Chevallier, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 15th day of November, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge