IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WHITSELL INVESTMENTS, LLC, individually and as assignee of First Interstate Bank; and WHITSELL MANUFACTURING, INC., individually and as assignee of First Interstate Bank,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY OF AMERICA, THE CHARTER OAK FIRE INSURANCE COMPANY, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　　　　Defendants. | CV 22-112-BLG-KLD<br><br>ORDER |

　　　　Plaintiffs Whitsell Investments, LLC and Whitsell Manufacturing, Inc. have filed a motion for leave to file a confidential document that is discussed in the summary judgment briefing under seal pursuant to Local Rule 5.1. (Doc. 41). Defendants do not oppose the motion. (Doc. 43). Accordingly, and good cause appearing,

1

IT IS ORDERED that the motion (Doc. 41) is GRANTED and Plaintiffs may file the confidential settlement agreement under seal.

DATED this 9th day of May, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge