IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WHITSELL INVESTMENTS LLC, individually and as assignee of First Interstate Bank; and WHITSELL MANUFACTURING, INC., individually and as assignee of First Interstate Bank,<br><br>            Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY OF AMERICA, THE CHARTER OAK FIRE INSURANCE COMPANY, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>            Defendants. | CV 22-112-BLG-KLD<br><br>ORDER |

Pursuant to the Court's order (Doc. 67), the parties have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 68). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

//

//

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees. The Clerk of Court is directed to close the case file.

DATED this 10th day of April, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge