UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| WHITSELL INVESTMENTS LLC, INDIVIDUALLY AND AS ASSIGNEE OF FIRST INTERSTATE BANK; AND WHITSELL MANUFACTURING, INC., INDIVIDUALLY AND AS ASSIGNEE OF FIRST INTERSTATE BANK,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>THE TRAVELERS INDEMNITY COMPANY OF AMERICA, THE CHARTER OAK FIRE INSURANCE COMPANY, AND TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br>　　　　　　　Defendants. | Case No. CV-22-112-BLG-KLD<br><br>JUDGMENT IN A CIVIL CASE |

　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　<u>X</u>　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　IT IS ORDERED AND ADJUDGED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

　Dated this 10th day of April, 2024.

　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK
　　　　　　　　　　　　　　　By: <u>/s/ Annie Puhrmann</u>
　　　　　　　　　　　　　　　Annie Puhrmann, Deputy Clerk